**WO**                                                                                                           JDN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) No. CR 05-1150-PHX-MHM |
| Plaintiff, | ) No. CV 06-0824-PHX-MHM (DKD) |
| vs. | ) **ORDER** |
| Alejandro Ontiveros-Alvarado, | ) |
| Defendant/Movant. | ) |

Movant, presently confined in the Central Arizona Detention Center in Florence, Arizona, has filed a *pro se* "Motion for Time Reduction by an Inmate in Federal Custody (28 U.S.C. § 2255)" (Doc. # 21).  The Court will dismiss the motion with leave to amend.

**A.      Failure to Use the Court-Approved Form**

The Rules Governing Section 2255 Cases allow the Court, by local rule, to prescribe a form to be used for filing a § 2255 action.  See Rule 2(c), Rules Governing Section 2255 Proceedings.  Under this Court's local rule, Movant must use the court-approved form when he files a *pro se* petition pursuant to 28 U.S.C. § 2255.  See LRCiv 3.5(a).  Movant has not used the court-approved form.

The Court may, in its discretion, forgo the requirement of a form.  In this case, however, the Court must insist on its use because Movant's submission does not substantially comply with the form for a § 2255 proceeding.  Movant has used a form that the Court

JDDL

previously has seen filed by numerous other prisoners.  The form asserts a claim that the Movant's equal protection rights have been violated because as an alien, Movant is not entitled to a one-year reduction of sentence based on participation in a drug program, whereas a United States citizen is entitled to the reduction.  A similar claim is made regarding release to a halfway house.   It is not entirely clear whether these circumstances actually apply to Movant.  Consequently, because the form is inadequate for a § 2255 proceeding, the Motion will be dismissed with leave to file an Amended Motion within thirty days.

**B.   Amendment**

Any Amended Motion must be submitted on the court-approved form and signed under penalty of perjury.  In particular, Movant must list each ground for relief and state the facts supporting each ground.  Movant is advised that the Amended Motion must be retyped or rewritten in its entirety on a court-approved form and may not incorporate any part of the original Motion by reference.  Any Amended Motion submitted by Movant should be clearly designated as such on the face of the document.  The Clerk of Court will be directed to provide Movant with a form for filing a § 2255 action.

Movant is further advised that an amended § 2255 Motion supersedes the original Motion.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992); Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990).  After amendment, the original pleading is treated as nonexistent.  Ferdik, 963 F.2d at 1262.  Thus, grounds for relief alleged in the original Motion which are not alleged in the amended Motion are waived.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

**C.   Rule 41 Cautionary Notice**

Movant should take notice that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  See Ferdik, 963 F.2d at 1260-61(district court may dismiss action for failure to comply with any order of the Court).

**IT IS THEREFORE ORDERED that:**

(1)  The "Motion for Time Reduction by an Inmate in Federal Custody (28 U.S.C. § 2255)" (Doc. # 21) is **dismissed** with leave to amend.  Movant shall have **thirty days** from the date of filing of this Order to file an Amended Motion in accordance with the Court's Order.

(2)  The Clerk of the Court shall enter a judgment of dismissal of this action without prejudice and of the accompanying civil action (CV 06-0824-PHX-MHM (DKD)) without further notice to the Movant if he fails to comply.

(3)  At all times during the pendency of this action, Movant shall immediately advise the Court of any change of address and its effective date.  Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS."   The notice shall contain only information pertaining to the change of address and its effective date.  The notice shall not include any motions for any other relief. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

(4)  The Clerk of Court shall provide to Movant a current court-approved form for filing a Motion to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody (28 U.S.C. § 2255).

DATED this 25th day of April, 2006.

_____
Mary H. Murguia
United States District Judge

_____
Name

_____
Prison Number

_____
Place of Confinement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | _____ |
| | ) | Case Number (To be supplied by |
| | ) | the Clerk, U. S. District Court) |
| _____, | ) | |
| (Full Name of Movant) | ) | |
| | ) | |
| _____, | ) | MOTION TO VACATE, SET ASIDE, |
| (Include name under which you were | ) | OR CORRECT  SENTENCE BY A |
| convicted.) | ) | PERSON IN FEDERAL CUSTODY |
| | ) | (28 U.S.C. § 2255) |
| Movant. | ) | |
| _____ | ) | |

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

INSTRUCTIONS - READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question, use reverse side of sheet.

(2) Additional pages are not permitted except with respect to the *facts* which you rely upon to support your grounds for relief.  No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the Declaration on the last two (2) pages, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the Certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions

(6/22/82)                                                                                    **510**

either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, *the original and two (2) copies* must be mailed to:

<u>Phoenix & Prescott Divisions</u>:   OR   <u>Tucson Division</u>:
U.S. District Court Clerk                        U.S. District Court Clerk
U.S. Courthouse, Suite 321                       U.S. Courthouse, Suite 1500
401 West Washington St., SPC 10                  405 West Congress Street
Phoenix, Arizona  85003-2119                     Tucson, Arizona  85701-5010

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

<u>MOTION</u>

1.  Name and location of court which entered the judgment of conviction under attack: _____

2.  Date of judgment of conviction: _____

3.  Length of sentence: _____ Sentencing Judge: _____

4.  Nature of offense involved (all counts): _____
    _____
    _____
    _____

5.  What was your plea?   (Check one)
    (a) Not Guilty      (   )
    (b) Guilty          (   )
    (c) Nolo contendere (   )
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
    _____
    _____
    _____

6.  Kind of trial:   (Check one)
    (a) Jury          (   )
    (b) Judge only  (   )

7.  Did you testify at the trial?  Yes (   )      No (   )

8.  Did you appeal from the judgment of conviction?  Yes (   )      No (   )

9.  If you did appeal, answer the following:
    (a) Name of Court: _____
    (b) Result: _____
    (c) Date of result: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?      Yes (   )    No (   )

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of Court: _____
        (2) Nature of proceeding: _____
        _____

(3) Grounds raised: _____
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition,
application,        or motion? Yes ( )        No ( )
(5) Result: _____
(6) Date of result: _____
(b) As to any second petition, application, or motion, give the same
information:
(1) Name of court: _____
(2) Nature of proceeding: _____
_____

(4) Did you receive an evidentiary hearing on your petition,
application, or motion?  Yes ( )      No ( )
(5) Result: _____
(6) Date of result: _____
(c) As to any third petition, application, or motion, give the same
information:
(1) Name of court: _____
(2) Nature of proceeding: _____
(3) Grounds raised: _____
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition,
application,        or motion? Yes ( )        No ( )
(5) Result: _____
(6) Date of result: _____
(d) Did you appeal, to an appellate federal court having jurisdiction,
the result of action taken on any petition, application, or motion?
(1) First petition, etc.       Yes ( )        No ( )
(2) Second petition, etc.      Yes ( )        No ( )
(3) Third petition, etc.       Yes ( )        No ( )
(e) If you did not appeal from the adverse action on any petition,
application, or motion, explain *briefly* why you did not: _____
_____
_____
_____
_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held
unlawfully. Summarize *briefly* the facts supporting each ground. If
necessary, you may attach pages stating additional grounds and *facts*
supporting same.
CAUTION:   If you fail to set forth all grounds in this motion, you may
           be barred from presenting additional grounds at a later date.

-3-

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, *you should raise in this motion all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by an unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.    Ground One: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B.    Ground Two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____

C.     Ground Three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.     Ground Four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.   If any of the grounds listed in 12A, B, C, and D were not previously
      presented, state briefly what grounds were not so presented, and give
      your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____

14.   Do you have any petition or appeal now pending in any court as to the
      judgment under attack?    Yes ( )       No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
    _____
    (b) At arraignment and plea: _____
    _____
    (c) At trial: _____
    _____
    (d) At sentencing: _____
    _____
    (f) In any post-conviction proceeding: _____
    _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: __
    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ( )    No ( )
17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?    Yes ( )      No ( )
    (a) If so, give the name and location of the court which imposed the sentence to be served in the future: _____
    _____
    (b) Give the date and length of sentence to be served in the future: ____
    _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )      No ( )

    WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct:


Executed on _____          _____
                   (date)                      Signature of Movant



_____
Signature of Attorney (if any)

-6-